Ray L. JORDAN and Mrs. Mavis Jordan, his wife, Plaintiffs-Appellants,

v.

ILLINOIS CENTRAL RAILROAD, Defendant-Appellee.

No. 30092

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 7, 1971.

Edgar J. Monjure, Russell Schonekas, Gibson Tucker, Jr., New Orleans, La., for plaintiffs-appellants.

H. Martin Hunley, Jr., New Orleans, La., for defendant-appellee; Robert Mitten, Chicago, Ill., Lemle, Kelleher, Kohlmeyer, Matthews & Schumacher, New Orleans, La., of counsel.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.